Before the Second Division, July 16, 1952

**No. 56788.**—Midwest Waste Material Co. and The A. W. Fenton Co. v. United States, protest 160911–K (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that which was the subject of *The Midwest Waste Material Co.* and *E. J. Keller Co., Inc.* v. *United States* (28 Cust. Ct. 8, C. D. 1382), the claim of the plaintiffs was sustained.

Ford, J., dissented from the conclusion reached by his associates in this case for the reasons stated in his dissenting opinion in C. D. 1382, *supra*.

**No. 56789.**—A. Newberg & Co., Inc. v. United States, protest 177696–K (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of paper boxes similar in all material respects to those the subject of *B. Shackman & Co.* v. *United States* (26 Cust. Ct. 111, C. D. 1309), the claim of the plaintiff was sustained.